UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| TIUANA WILLIAMS | CIVIL ACTION NO. |
| VERSUS | DISTRICT JUDGE: |
| BRINKER LOUISIANA INC. D/B/A CHILI'S | MAGISTRATE JUDGE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

STATE OF LOUISIANA
PARISH OF ORLEANS

## AFFIDAVIT

BEFORE ME, the undersigned authority, appeared

### ALEXANDRA E. CELIO

who, after being duly sworn by me did state as follows:

1. I am counsel for defendant, Brinker Louisiana, Inc.

2. On May 10, 2021, this civil action was filed by Plaintiff, Tiuana Williams ("Plaintiff"), in the 16th Judicial District Court for the Parish of Iberia, State of Louisiana, bearing docket number 137405, Division "B" and captioned *"Tiuana Williams v. Brinker Louisiana, Inc. d/b/a Chili's"* ("Petition").

3. Complete diversity exists because, on information and belief, Plaintiff was at the time of the filing of this action, and still is, a resident and domiciliary of the State of Louisiana; and the sole defendant, Brinker Louisiana, Inc., is a Virginia corporation whose principle place of business is in Dallas, Texas.

4. In Plaintiff's Petition, it is alleged that on June 3, 2020, Plaintiff was a patron at Chili's Bar & Grill restaurant in New Iberia, Louisiana, when she slipped and fell on liquid on the floor in the restroom. *See,* **Exhibit B**, Petition for Damages, ¶ 6.

5.      On the face of the Petition, Plaintiff does not specify the nature or extent of her alleged injuries or the treatment necessitated by same and thus do not establish the requisite amount in controversy. Specifically, in the Petition, Plaintiff generally alleges that as a result of the incident, she was "seriously injured" and alleges entitlement to general categories of damages, including pain and suffering, mental anguish, physical disfigurement, physical impairment, medical expenses, loss of future earning capacity and pre-judgment and post-judgment interest. *See* **Exhibit B**, Petition for Damages, ¶¶ 11, 18.

6.      On June 22, 2021, the undersigned counsel received medical records from plaintiff's counsel via email. *See* **Exhibit A**, Affidavit of Counsel; *see also* **Exhibit C**, 6/22/21 Email Correspondence. The medical records evidence plaintiff's emergency room treatment following the incident in question as well as physical therapy and imaging of her shoulder, knee, hip, lumbar spine, cervical spine, and brain. She has obtained MRIs of her cervical and lumbar spine, as well as her brain..

7.      The email correspondence also includes medical bills demonstrating past medical expenses of at least $54,393.04. *See* **Exhibit D**, Medical Bill Summary. In discussing the potential for resolution, counsel for Plaintiff suggested that discussions would be appropriate in the range of $175,000 to $200,000, although no firm offer or demand was advanced. See Exhibit C, 6/22/21 Email Correspondence.

8.      Defendant was not placed on notice that the amount in controversy exceeds $75,000, until at least June 22, 2021, when the undersigned received medical records indicating treatment and imaging studies for plaintiff's neck, low back, shoulder, and brain. Moreover, the medical billing received at that time demonstrates past medical expenses of at least $54,393.04. *See* **Exhibit D, Medical Bill Summary.** The medical expenses alone likely place the case within the requisite amount

in controversy but, when viewed together with the past and ongoing medical treatment and the proposed settlement range, the jurisdictional threshold is met.

9. Together, the past and future medical treatment, past medical expenses, and Plaintiff's counsel's proposed settlement range demonstrate that the amount in controversy exceeds the jurisdictional minimum.

10. The foregoing is true and correct to the best of my knowledge.

_____
ALEXANDRA E. CELIO

**SWORN TO AND SUBSCRIBED**

BEFORE ME, THIS 21st DAY OF JULY, 2021.

_____
NOTARY PUBLIC

EXHIBIT "A"